et al., Appellants. (Appeal No. 6.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 7.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al, Appellants. (Appeal No. 8.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL, art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 9)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 10.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 11.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from

order of Supreme Court, Herkimer County, O'Donnell, J.—
RPTL art 7.) Present—Callahan, J. P., Denman, Boomer,
Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as
Chairman of the Board of Assessors of the Town of Salisbury,
et al., Appellants. (Appeal No. 12.)—Order unanimously af-
firmed, without costs. Same memorandum as in *City of Little
Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from
order of Supreme Court, Herkimer County, O'Donnell, J.—
RPTL art 7.) Present—Callahan, J. P., Denman, Boomer,
Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as
Chairman of the Board of Assessors of the Town of Salisbury,
et al., Appellants. (Appeal No. 13.)—Order unanimously af-
firmed, without costs. Same memorandum as in *City of Little
Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from
order of Supreme Court, Herkimer County, O'Donnell, J.—
RPTL art 7.) Present—Callahan, J. P., Denman, Boomer,
Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as
Chairman of the Board of Assessors of the Town of Salisbury,
et al., Appellants. (Appeal No. 14.)—Order unanimously af-
firmed, without costs. Same memorandum as in *City of Little
Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from
order of Supreme Court, Herkimer County, O'Donnell, J.—
RPTL art 7.) Present—Callahan, J. P., Denman, Boomer,
Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
REGINALD COPES, Appellant.—Judgment unanimously modi-
fied, as a matter of discretion in the interest of justice, by
reducing the sentence imposed to an indeterminate term of
imprisonment with a maximum of six years and a minimum
of two years, and otherwise judgment affirmed. (Appeal from
judgment of Cayuga County Court, Corning, J.—robbery, sec-
ond degree.) Present—Dillon, P. J., Doerr, Green, O'Donnell
and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v
RONALD D. ADAMS, Respondent.—Order unanimously affirmed
for reasons stated in memorandum decision at Onondaga
County Court, Mordue, J. (Appeal from order of Onondaga
County Court, Mordue, J.—dismiss indictment.) Present—Dil-
lon, P. J., Doerr, Green, O'Donnell and Pine, JJ.